THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM J., individually and on behalf of his minor child, J.J.,<br><br>Plaintiffs,<br><br>v.<br><br>BLUECROSS BLUESHIELD OF TEXAS; TEXAS INSTRUMENTS, INC; and TI WELFARE BENEFITS PLAN,<br><br>Defendants. | **ORDER GRANTING [16] STIPULATED MOTION TO TRANSFER VENUE**<br><br>Case No. 2:22-cv-00407-DBB<br><br>District Judge David Barlow |

The court, having considered the parties' Stipulated Motion to Transfer Venue,[1] relevant law,[2] and for good cause shown, hereby ORDERS that the motion be granted. *William J. v. BlueCross BlueShield of Texas*, No. 2:22-cv-00407, will be transferred to the United States District Court for the Northern District of Texas.

Signed August 30, 2022.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 16, filed Aug. 29, 2022.
[2] *See* 28 U.S.C. § 1404(a).